UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jean Paul Gamarra, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Bingham McKutchen, )<br>)<br>Defendant. ) | Case: 1:16-cv-01991   (F-Deck)<br>Assigned To : Unassigned<br>Assign. Date : 10/6/2016<br>Description: Pro Se Gen. Civil |

## MEMORANDUM OPINION

Plaintiff, proceeding *pro se*, has submitted a complaint and an application to proceed *in forma pauperis*. The application will be granted, and the complaint will be dismissed. *See* 28 U.S.C. § 1915(e)(2)(B)(ii) (requiring dismissal of a case upon a determination that the complaint fails to state a claim upon which relief may be granted or is frivolous).

Plaintiff sues a New York-based law firm but for what conduct is wholly unclear. The complaint is captioned: "Fed. R. Civ. P. 8 Rule 8 Complaint to Execute Treason." Plaintiff begins as follows: "The Plaintiff met the man that is responsible for delusional dementia defined by Black History of Black on Black slavery called sunset." Compl. at 1. The complaint continues in this incoherent manner for nine additional pages. A separate order of dismissal accompanies this Memorandum Opinion.

Date: October 4, 2016

United States District Judge